UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| NICHOLAS ANTHONY WEST, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   NO. 2:14-cv-00102 |
| | )   **CHIEF JUDGE CRENSHAW** |
| NANCY BERRYHILL, [1] | ) |
| **Acting Commissioner of Social Security,** | ) |
| | ) |
|     Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Nicholas Anthony West's Motion for Judgment on the Administrative Record (Doc. No. 14) is **GRANTED** and this case is **REVERSED AND REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Memorandum Opinion filed herewith. The referral of this case to the Magistrate Judge for Report and Recommendation (Doc. No. 3) is hereby **VACATED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Nancy Berryhill became Acting Commissioner for the Social Security Administration on January 23, 2017.